IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES JOSEPH GILYARD, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| FRANKLIN TENNIS *et al.*, | : | |
| Respondents. | : | No. 06-2144 |

# O R D E R

**AND NOW**, this 30th day of January, 2019, upon consideration of Petitioner's Request to File *In Forma Pauperis* (Doc. No. 50), Petitioner's Motion for Relief from Final Order (Doc. No. 49), Petitioner's Amendment to His Motion (Doc. No. 51), the Respondents' Response (Doc. No. 55), and Petitioner's Reply (Doc. No. 56), it is **ORDERED** that:

1. Petitioner's Request to File *In Forma Pauperis* (Doc. No. 50) is **GRANTED**;

2. Petitioner's Motion for Extension of Time to File Second Amendment (Doc. No. 58) is **DENIED**; and,

3. Petitioner's Motion for Relief from Final Order (Doc. No. 49) and the amendment thereto (Doc. No. 51) are **DENIED**.

BY THE COURT:

**/s/ Gene E.K. Pratter**
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE